FILED
CLERK, U.S. DISTRICT COURT

NOV 28 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
                Plaintiff,
    v.
DUANE HOWARD JONES
                Defendant.

Case No.: CR08-01321-R

ORDER OF DETENTION
(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
- UNKNOWN BACKGROUND/COMMUNITY TIES
- UNKNOWN AVAILABLE BAIL RESOURCES
- NATURE & CIRCUMSTANCES OF UNDERLYING OFFENSE
- ON SUPERVISED RELEASE AT TIME

1 and/or

2 B. (✓) The defendant has not met his/her burden of establishing by clear and
3 convincing evidence that he/she is not likely to pose a danger to the
4 safety of any other person or the community if released under 18
5 U.S.C. § 3142(b) or (c). This finding is based on the following:
6 • NATURE & CIRCUMSTANCES OF ALLEGED OFFENSE
7 • CRIMINAL HISTORY

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 11/28/11

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2